IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| JAMES LOGAN, | ) |
| Plaintiff, | ) |
| vs. | ) CASE NO. 1:12-cv-0003 <br> ) JUDGE HAYNES |
| CORRECTIONS CORPORATION OF AMERICA, et al., | ) |
| Defendants. | ) |

# ORDER

In accordance with the Memorandum filed herewith, the motion to dismiss filed by Defendants Tennessee Department of Corrections, Derrick Schofield, and Reuben Hodge (Docket Entry No. 36) is **GRANTED in part** and **DENIED in part**. Plaintiff's claims are limited to Plaintiff's Rehabilitation Act claims against Tennessee Department of Corrections, and Defendants Reuben Hodge and Derrick Schofield in their official capacities.

It is so **ORDERED**.

**ENTERED** this the 12th day of June, 2012.

WILLIAM J. HAYNES, JR.
United States District Judge